UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RODNEY A. HURDSMAN | CIVIL ACTION NO. 15-1724 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HOWARD KEITH WHITE, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the foregoing Memorandum Ruling and in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Government's Motion to Dismiss (Record Document 15) is **GRANTED** and Plaintiff's petition is **DISMISSED**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 30th day of September, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE